# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**TYRONE MOULTRIE,**

 **Petitioner,**

**v.**            **CASE NO. 3:17cv73-MCR/MJF**

**FLORIDA DEPARTMENT OF CORRECTIONS,**

 **Respondent.**
_____/

## **O R D E R**

  This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 5, 2019. ECF No. 36. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection was made.

  Having considered the Report and Recommendation and all objections thereto timely filed, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 36, is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Tyrone Vincent Moultrie*, Escambia County Circuit Court Case No. 2010-CF-3651, is DENIED.

3. The clerk is directed to close the file.

4. A certificate of appealability is denied.

**DONE AND ORDERED** this 19th day of March 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**